**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| In Re:<br>Randolph W. Burkart,<br>      Debtor.<br><br>Address: 8831 Pine Tree Drive, Macedonia, Ohio 44056<br>Last 4 Digits of SSN 0985 | Case No.: 21-50343-AMK<br><br>Chapter 13<br><br>Judge: ALAN M. KOSCHIK |

**OFFICIAL FORM 20A**
**NOTICE OF MOTION TO RELIEF**

      LoanCare, LLC, a secured creditor ("Creditor") had filed papers with the Court objecting to the confirmation of the Debtor's Chapter 13 Plan.

      **YOUR RIGHTS MAY BE AFFECTED**. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

      If you do not want the court to grant the relief sought in Motion or if you want the court to consider your views on the Motion, then on or before August 12, 2022 you or your attorney must:

      [File with the court a written request for a hearing [or, if the court requires a written response, an answer, explaining your position] at:

      **John F. Seiberling Federal Building & United States Courthouse, 455 U.S. Courthouse 2 South Main Street, Akron, Ohio 44308**

      If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the dates stated above.

You must also send a copy to:

Susana E. Lykins, Esq. (0075603)
Robertson, Anschutz, Schneid & Crane LLC
10700 Abbott's Bridge Rd., Suite 170
Duluth, GA 30097

Keith Rucinski
Chapter 13 Trustee
One Cascade Plaza Suite 2020
Akron, OH 44308


Attend the hearing scheduled to be held on **August 25, 2022 at 3:00pm** in Courtroom 260 United States Bankruptcy Court, **455 U.S. Courthouse 2 South Main Street, Akron, Ohio 44308**

If you or your attorney do not take these steps, the court may decide that you do not oppose the objection plan and said objection may be granted by the Court.

DATED: August 15, 2022

                                              /s/ Susana E. Lykins
                                              Susana E. Lykins, Esq. (0075603)
                                              Attorney for Creditor
                                              Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                              10700 Abbott's Bridge Rd., Suite 170
                                              Duluth, GA 30097
                                              Phone: 470-321-7112 Ext 52145
                                              slykins@raslg.com

**CERTIFICATE OF SERVICE**

      The undersigned certifies that a copy of the foregoing was electronically transmitted on the 15 day of August, 2022 via the Court`s CM/ECF system to the following who are listed on the Court`s Electronic Mail Notice list:

Keith Rucinski
Chapter 13 Trustee
One Cascade Plaza Suite 2020
Akron, OH 44308

Michael George
Rauser and Associates
1 Cascade Plaza Suite 1410
Akron, OH 44308
Email: mgeorge@ohiolegalclinic.com

The undersigned certifies that a copy of the foregoing was transmitted on the 15 day of August, 2022 via regular U.S. mail, postage pre-paid:

Randolph W. Burkart
8831 Pine Tree Drive
Macedonia, OH 44056
SUMMIT-OH

                                  Respectfully submitted,

                                  /s/ Susana E. Lykins
                                Susana E. Lykins, Esq. (0075603)
                                Attorney for Creditor
                                Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                10700 Abbott's Bridge Rd., Suite 170
                                Duluth, GA 30097
                                Phone: 470-321-7112 Ext 52145
                                slykins@raslg.com